```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

United States

     v.                      Case No. 02-cr-153-15-SM

Deborah Wasserman

                             <u>ORDER</u>

     Re: Document No. 417, Motion to Reconsider Sentence and Impose Home Confinement

     Ruling: Denied. That the bureaucracy cannot seem to facilitate a convicted felon's efforts to reenter this country from Canada so that she might surrender herself to the government to commence her sentence is never a palatable observation. Perhaps the executive branch agencies might consider a plan of action, e.g. Actually coordinating a time, date, flight, and port of entry sufficiently in advance that all time-consuming administrative processes and checklists and reviews and approvals can be vindicated, and all involved can confirm the plan's viability, and then, execute it. At some point, the government simply has to stop acting as its own roadblock and adopt procedures useful in effectively exercising its critical responsibilities. Procedure and process are not goals in and of themselves, they are meant to accomplish the goal of effective governance. They seem to be ineffective in this case.

                                             Steven J. McAuliffe
                                           Chief Judge

Date: February 27, 2009

cc: Michael Sheehan, Esq.
    Don Feith, AUSA